IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CLINICAL SOLUTIONS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:16-cv-00196 |
| ) | Judge Trauger |
| PHYSICIANS PLAN RX, LLC AND ) | |
| DAVID GRIMM, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

Given the fact that no appearance has been entered of record for the defendants, it is hereby ORDERED that the initial case management conference scheduled in this case for April 18, 2016 is RESET for June 17, 2016 at 2:45 p.m.

It is so **ORDERED.**

Enter this 12th day of April 2016.

_____
ALETA A. TRAUGER
U.S. District Judge