# AFFIDAVIT OF SERVICE

**State of Tennessee**  **County of**  **District Court**

Case Number: 3-16-0196

Plaintiff:
**CLINICAL SOLUTIONS LLC**

vs.

Defendant:
**PHYSICIANS PLAN RX, LLC AND DAVID GRIMM**

For:
Andrea Taylor McKellar
McKellar/Hyde PLC
411 Broadway
Suite 302
Nashville, TN 37203

Received by PROCESS SERVICE, INC. to be served on **DAVID GRIMM, 2334 FIDLING RD, CHARELSTON, SC 29414**.

I, Doug Wells, being duly sworn, depose and say that on the **2nd day of May, 2016** at 4:30 pm, I:

**PERSONALLY** served by delivering a true copy of the **SUMMONS; COMPLAINT** to: **DAVID GRIMM** at the address of: **2334 FIDLING RD, CHARELSTON, SC 29414**.

I am over eighteen and have no interest in the above action.

Subscribed and Sworn to before me on the 3rd day of May, 2016 by the affiant who is personally known to me.

_Andy Williamson_
NOTARY PUBLIC
Commission Expires: 5-6-19

_Doug Wells_
Process Server

PROCESS SERVICE, INC.
P.O. Box 20097
Charleston, SC 29413
(843) 577-2355

Our Job Serial Number: LEX-2016000991

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m